FILED - USDC -NH
2026 MAY 5 AM 9:13

## 241UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | No. 26-cr- 22-JL-AJ-01 |
| | ) | |
| v. | ) | **Count 1:  False Statement During Purchase** |
| | ) | **of a Firearm** |
| | ) | (18 U.S.C. § 922(a)(6)) |
| **CALEB WILCOTT** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### False Statement During Purchase of a Firearm
### [18 U.S.C. §§ 922(a)(6)]

On or about February 15, 2024, in the District of New Hampshire, and elsewhere, the

defendant,

### CALEB WILCOTT,

in connection with the acquisition of a firearm, specifically: a Ruger, Security-380, .380 auto,

Pistol, serial number: 386-92255, from a licensed dealer of firearms within the meaning of

Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement

to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact

material to the lawfulness of such a sale of the said firearm to the defendant under chapter 44 of

Title 18, in that the defendant answered "Yes" to question 21.a on the ATF Form 4473, stating

that he was the actual transferee/buyer of the firearm listed on the form, whereas, as the

defendant then and there well knew, this statement was false and the true purchaser was Justin

Jackson; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

Dated:

ERIN CREEGAN
United States Attorney

_AUSA C. Vega_

for :  Christopher Marin
Special Assistant U.S. Attorney

Yasir Sadat
Assistant U.S. Attorney